[No. 7408–1–III.   Division Three.   November 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. REBECCA HOWLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 85–1–00071–1, Yancey Reser, J., entered September 19, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 8832–1–II.   Division Two.   November 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE LESTER FARNSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00454–9, Alan R. Hallowell, J., entered May 16, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 8890–8–II.   Division Two.   November 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN L. JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00454–9, Alan R. Hallowell, J., entered May 16, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.